1 JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
2 CHARLES P. MAHER (SBN 124748)
cmaher@rinconlawllp.com
3 RINCON LAW LLP
268 Bush St. #3335
4 San Francisco, California 94104
Telephone: (415) 996-8199
5 Facsimile: (415) 680-1712

6 Attorneys for Plaintiff Marlene G.
Weinstein, Chapter 7 Trustee
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case 4:18-cv-01351-HSG |
| MARLENE G. WEINSTEIN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. KUHL, SUSAN SPARLING, ALEX KAPLAN, NANCY WORRELL, DAN WARD, WILLIAM KINNANE, CHRISTINE ZWERLING, MARCIA HODGES, and NAVIGATORS INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | **STIPULATION TO CONTINUE THE BRIEFING SCHEDULE AND HEARING DATE OF MOTIONS TO WITHDRAW THE REFERENCE, AND ORDER [Local Rule 7-12]**<br><br>Bankruptcy Case No. 17-40327 RLE<br>Adversary Proceeding No. 17-04020 RLE |

This Stipulation is entered into by and between Plaintiff Marlene G. Weinstein, Chapter 7 Trustee of the estate of Independent Adoption Center, by and through her counsel Jeffrey L. Fillerup of Rincon Law LLP; Defendants Gregory S. Kuhl, Susan Sparling, Alex Kaplan, Nancy Worrell, Dan Ward, William Kinnane, and Christine Zwerling (the "Director Defendants"), by and through their counsel Andrew P. Sclar of Ericksen Arbuthnot; and Defendant Marcia Hodges

("Hodges"), by and through her counsel Joanne Madden of LeclairRyan, LLP, as follows:

WHEREAS, on February 3, 2017, Independent Adoption Center (the "Debtor") filed a Chapter 7 bankruptcy petition, Bankruptcy Case No. 17-40327 RLE;

WHEREAS, Plaintiff Marlene G. Weinstein was appointed as the Chapter 7 Trustee of the Debtor's estate (the "Trustee");

WHEREAS, on March 21, 2017, the Trustee filed an adversary proceeding, A.P. No. 17-4020 RLE (the "Adversary Proceeding"), against certain former members of the Debtor's Board of Directors, referred to as the Director Defendants, and a former officer of the Debtor, Marcia Hodges;

WHEREAS, the Director Defendants filed a motion to withdraw the reference of the Adversary Proceeding from the Bankruptcy Court to this Court, which is set for hearing in this Court on June 14, 2018;

WHEREAS, Hodges also filed a motion to withdraw the reference of the Adversary Proceeding from the Bankruptcy Court to this Court, which is set for hearing in this Court on July 5, 2018;

WHEREAS, the Trustee plans to oppose the two motions to withdraw the reference;

WHEREAS, the Trustee and the Director Defendants/Hodges participated in an all-day mediation at Judicate West on March 21, 2018, and while the Adversary Proceeding did not settle at that time, the parties agreed to continue a second session of the mediation on May 9, 2018;

WHEREAS, the parties have stipulated to the continuance of certain pre-trial dates in the Adversary Proceeding based on the parties' interest in continuing the mediation process;

WHEREAS, the parties are interested in continuing the dates for the briefing and hearing of the Director Defendants' and Hodges' motions to withdraw the reference, until after the second mediation session on May 9, 2018; and

WHEREAS, the parties enter into this Stipulation pursuant to Local Rule 7-12 and seek an order approving the continuation of the dates for briefing and hearing of the motions to withdraw the reference, as follows:

1. The hearing date of the Director Defendants' motion to withdraw the reference, which is now set for June 14, 2018 at 2:00 p.m. is continued to **July 5, 2018 at 2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

2. The hearing date of Hodges' motion to withdraw the reference will be set at the same date and time, namely, **July 5, 2018 at 2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

3. The date for the Trustee's filing of an opposition to both motions to withdraw the reference is continued to **May 21, 2018**.

4. The Director Defendants' reply brief in support of the motion to withdraw the reference is continued to **May 31, 2018**.

5. Hodges' reply brief in support of her motion to withdraw the reference in continued to **May 31, 2018.**

DATED: March 30, 2018      RINCON LAW LLP

By:    */s/Jeffrey L. Fillerup*
Jeffrey L. Fillerup
Attorneys for Plaintiff Marlene G. Weinstein,
Chapter 7 Trustee

DATED: March 30, 2018      ERCIKSEN ARBUTHNOT

By: */s/Andrew P. Sclar*
Andrew P. Sclar
Attorneys for Defendants Gregory S. Kuhl, Susan Sparling, Alex Kaplan, Nancy Worrell, Dan Ward, William Kinnane, and Christine Zwerling

3

DATED: March 30, 2018          LECLAIRRYAN, LLP

                               By: */s/Joanne Madden*
                                   Joanne Madden
                                   Attorneys for Defendant Marcia Hodges

Based on the foregoing Stipulation, and for good cause appearing, IT IS HEREBY ORDERED that the foregoing stipulation is approved and is ordered.

Dated: March 30, 2018

                               By: _____
                                   Hon. Haywood S. Gilliam, Jr.
                                   United States District Judge